MEMO ENDORSED

# Dorea Silverman
Attorney at Law
80 Broad Street, Suite 1900
New York, NY 10004

November 27, 2019

By ECF
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Sentencing adjourned from Dec. 6, 2019 until Feb. 14, 2020 at 11:30 am. Clerk of the Court requested to terminate the motion (doc. 221). Dated: Dec. 2, 2019
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Christian Blades*, 17 Cr. 506 (NSR)-08
Consent letter motion to adjourn sentencing

Dear Judge Roman:

Winston Lee and I represent Christian Blades in the above-referenced matter. We write to respectfully request an adjournment of sentencing currently scheduled for December 6, 2019 to February 14, 2020, a date I understand to be convenient for the Court and the government. The basis of the requested adjournment is to allow the defense to obtain records and other materials in preparation for sentencing. Counsel also requests this February date due to a prior trial commitment in January 2020.

This is Mr. Blades' first request for an adjournment. The government consents to this request.

Respectfully submitted,

/s/ Dorea Silverman

Dorea Silverman
Winston Lee
*Attorneys for Christian Blades*

cc: Maurene Comey, Christopher Clore, Emily Deininger (by ECF)
Assistant United States Attorneys

Christian Blades (by U.S. Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2019

t. 917.863.9905 | dorea@doreasilvermanlaw.com