MEMO ENDORSED

**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**

Tel. (212)267-1911
Fax. (212)964-2926

January 31, 2020

By ECF
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> The Sentencing is adjourned with the Government's consent from Feb. 14, 2020 until April 3, 2020 at 11:30 am. Clerk of the Court is requested to terminate the motion (doc. 243). Dated: Feb. 3, 2020
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Christian Blades*, 17 Cr. 506 (NSR)-08
   Consent letter motion to adjourn sentencing

Dear Judge Roman:

   I represent Christian Blades in the above-referenced matter. I write to respectfully request an adjournment of sentencing currently scheduled for February 14, 2020. I have spoken to Your Honor's courtroom deputy and understand that the Court is available on April 3, 2020 at 11:30 a.m. Accordingly, I respectfully request that sentencing be adjourned to that date and time.

   The basis of the requested adjournment is to allow the defense to obtain needed materials in preparation for sentencing. This is Mr. Blades' second request for an adjournment. The government consents to this request.

Respectfully submitted,

/s/
WINSTON LEE
*Attorney for Christian Blades*

cc: Maurene Comey, Christopher Clore, Emily Deininger (by ECF)
   Assistant United States Attorneys

   Christian Blades (by U.S. Mail)

ELECTRONICALLY FILED
FILED: 2/3/2020