**MEMO ENDORSED**

**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**
Tel. (212)267-1911
Fax. (212)964-2926

March 19, 2020

The Honorable Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

**FILED ECF**

Re:   United States v. Christian Blades
      17 Cr. 506 (NSR) -08
      _Consent letter motion to adjourn sentencing_

Dear Judge Roman:

I write as counsel for Mr. Christian Blades, and with the consent of the Government, to request an adjournment of Mr. Blades sentencing which is currently scheduled for April 3, 2020. This is Mr. Blades third request for an adjournment of sentencing.

The current suspension of attorney visits at the Metropolitan Correctional Center and the ongoing Coronavirus/COVID-19 pandemic have prevented me from meeting with Mr. Blades, to discuss his case and review materials, in preparation for his upcoming sentencing.

Consequently, I am requesting an adjournment which will provide me with an opportunity to confer with Mr. Blades with regard to his upcoming sentencing, and a sufficient amount of time to complete a sentencing memo on his behalf.

I have conferred with Your Honor's Courtroom Deputy and understand that the Court is available on May 29, 2020 at 12:00 p.m.

Accordingly, for the above stated reasons, I respectfully request an adjournment of Mr. Blades' sentencing to the new date of May 29, 2020 at 12:00 p.m. I further request that the dates for the filing of sentencing submissions by the parties be adjusted accordingly.

Respectfully submitted,
/s/
WINSTON LEE

---

*Handwritten endorsement:*

Sentencing is adjourned from April 3, 2020 until May 29, 2020 at 12:00pm. Sentencing submissions are adjourned accordingly. Clerk of the Court is requested to terminate the motion (doc. 264).

Dated: March 19, 2020

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020