**MEMO ENDORSED**

Dorea Silverman
*Attorney at Law*
80 Broad Street, Suite 1900
New York, NY 10004

Sentencing is adjourned from July 15, 2020 until Aug. 7, 2020 at 11:00 am. Sentencing submissions are adjourned accordingly. Clerk of the Court is requested to terminate the motion (doc. 301).

Dated: July 1, 2020

SO ORDERED.

Nelson S. Román, U.S.D.J.

July 1, 2020

By ECF
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Christian Blades*, 17 Cr. 506 (NSR) -08
Consent letter motion to adjourn sentencing

Dear Judge Roman:

Winston Lee and I represent Christian Blades in the above-referenced matter. I write with the consent of the government to respectfully request an adjournment of Mr. Blades' sentencing, currently scheduled for July 15, 2020, to August 7, 2020 at 2:30 pm, a date and time I understand to be convenient for the Court. I further request that the filing deadlines be adjusted accordingly. The requested adjournment is needed to ensure that Mr. Blades, who is currently housed at MCC New York, has an adequate opportunity to review documents related to his sentencing.

Respectfully submitted,

/s/ Dorea Silverman

Dorea Silverman

cc: AUSA Maurene Comey



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2020

Tel. 917.863.9905 | dorea@doreasilvermanlaw.com