**MEMO ENDORSED**

*Dorea Silverman*
*Attorney at Law*
*80 Broad Street, Suite 1900*
*New York, NY 10004*

The application is  X  granted.
___ denied.

July 24, 2020

Nelson S. Román, U.S.D.J.
Dated: July 27, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 307).

By ECF
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Christian Blades*, 17 Cr. 506 (NSR) -08
Consent letter motion for filing extension

Dear Judge Román:

Winston Lee and I represent Christian Blades in the above-referenced matter. I write with the government's consent to respectfully request that the filing deadlines for the parties' sentencing submissions be extended by three days. The defense's submission, currently due today, would be due Monday, July 27, 2020. The government's submission, currently due July 31, 2020, would be due Monday, August 3, 2020.

The request is made with the hope that sentencing can proceed as scheduled on Friday, August 7, 2020. However, if the Court requires additional time to review the submissions, the parties will be available for a proceeding during the following weeks.

Respectfully submitted,

/s/ Dorea Silverman
_____
Winston Lee
Dorea Silverman

cc: AUSA Maurene Comey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2020

Tel. 917.863.9905 | dorea@doreasilvermanlaw.com