**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 22, 2025

**VIA ECF AND EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:    *United States v. Christian Blades*, No. 17 Cr. 506 (NSR)-08

Dear Judge Román:

The Government respectfully writes on behalf of the parties to request that the Court reschedule the status conference in this VOSR proceeding currently scheduled for Friday, September 26, at 11 a.m., to November 7, 2025, at 2:15 p.m. The parties are currently engaged in discussions regarding a resolution of this proceeding and would like additional time to complete those discussions in advance of the next appearance before Your Honor. The parties have communicated with Your Honor's Chambers and understand that November 7, 2025, at 2:15 p.m., is available for the Court, and the parties are also available at that time.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    by: */s/ Justin L. Brooke*
        Justin L. Brooke
        Assistant United States Attorney
        (914) 993-1918

CC:    Daniel McGuinness, Esq. (via ECF and email)
        Kevin Mulcahy, U.S. Probation Officer (via email)

**The parties' request to adjourn the Sept. 26, 2025 VOSR Status Conf. to Nov. 7, 2025 at 2:15 pm is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 537.**
**Dated: September 23, 2025**
        **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2025