```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025
```

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

        - against -

**CHRISTIAN BLADES,**

                Defendant.

------------------------------------------------------X

17 CR 00506-08 (NSR)

ORDER

NELSON S. ROMÁN, U.S.D.J.:

To: U.S. Marshals Service

    It is hereby ORDERED that defendant, CHRISTIAN BLADES, Reg # 79407-054, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

                                                    _____
                                                    Nelson S. Román, U.S. District Judge

Dated: White Plains, NY
          November 13, 2025